UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

CHRISTIANNE RICCHI                        :
1348 28th Street, NW                      :
Washington, DC 20007                      :
                                          :
        Plaintiff,                        :
                                          :
v.                                        : Civil Action No.:
                                          :
HYATT CORPORATION                         :
c/o its Registered Agent                  :
United States Corporation Company         :
1090 Vermont Avenue, N.W.                 :
Washington, DC 20005                      :
                                          :
and                                       :
                                          :
HYATT EQUITIES, LLC                       :
c/o its Registered Agent                  :
Prentice-Hall Corporation System, Inc.    :
1090 Vermont Avenue, N.W.                 :
Washington, DC 20005                      :
                                          :
        Defendants.                       :

## COMPLAINT
(Negligence, Personal Injury)

## JURISDICTION

1.      This Court has jurisdiction in this matter under diversity of citizenship, 28 U.S.C. Section 1332. The amount in controversy exceeds $75,000, exclusive of interest and costs, and this action is between citizens of different states.

## PARTIES

2.      Christianne Ricchi ("Plaintiff") is an adult citizen of the United States and resident of the District of Columbia.

1

3. Upon information and belief, Hyatt Corporation is a Delaware Corporation with a principal place of business at 71 S. Wacker Drive, Chicago, IL 60606 and is the operator of a hotel and restaurant including the Blue Duck Tavern located at 1201 24th Street, NW, Washington, D.C. 20002 ("Hyatt Corporation").

4. Upon information and belief, Hyatt Equities LLC is a Delaware Limited Liability Company with a principal place of business at 71 S. Wacker Drive, Chicago, IL 60606 and is the owner of the property located at 1201 24th Street, NW, Washington, D.C. 20002 ("Hyatt Equities").

## FACTS

5. On September 2, 2006 at approximately 8:00 PM, Plaintiff was injured when she fell in a stairway in a restaurant known as the Blue Duck Tavern located at 1201 24th Street, NW, Washington, D.C. 20002 which is a property owned by Hyatt Equities and operated by Hyatt Corporation.

6. Plaintiff's injury was a direct result of unsafe conditions at the Blue Duck Tavern.

7. The stairway in the restaurant was unsafe and poorly lit.

8. On information and belief, the unsafe conditions that caused Plaintiff's injuries were known to Defendants.

9. The event causing Plaintiff's injury would not have happened without negligence and the cause of the event was in the Defendants' control.

10. Plaintiff was without any negligence on her part.

11. Defendants, and each of them, designed, manufactured, and/or maintained the defective and dangerous situation knowing that the stairway was not fit or adequate for Plaintiff or other customers.

12. As a result of the negligence and wrongdoing of Defendants, Plaintiff sustained severe and disabling injuries and has been required to expend large sums for medical care, drugs and other expenses in the course of treatment of the injuries sustained.

13. As a result of the negligence and wrongdoing of Defendants, Plaintiff was forced to take time off work resulting in a loss of income and an inability to discharge family responsibilities.

14. As a consequence of the wanton and willful negligence and carelessness of Defendants, Plaintiff was seriously, painfully and permanently injured in body and mind, including damages to her body, particularly her legs and ankle, all of which have visited extreme pain, discomfort and disability of body and mind upon her.

15. Defendants knew of the defective and dangerous situation on their property months before Plaintiff was injured on their property.

16. Defendants knew of the defective and dangerous situation, yet failed to repair it.

17. Because of Defendants' knowing and deliberate failure to remedy the defective and dangerous situation, punitive damages are warranted.

18. As a result of Defendants' aforesaid acts, Plaintiff has had to undergo extensive medical care all to her great damage.

19. As a result of Defendants' aforesaid acts, Plaintiff lost time from her employment and was incapacitated and disabled from many family, social and economic pursuits, all to her great damage.

WHEREFORE, Plaintiff, demands judgment against Defendants, jointly and severally, in the sum of $500,000.00 plus interest, costs, attorney's fees, and punitive damages in an amount to be determined at trial.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,
CHRISTIANNE RICCHI

August 29, 2008

Thomas J. Ward, Bar #155838
Ward & Ward
2020 N Street, N.W.
Washington, D.C. 20036
(202) 331-8160
(202) 331-9069 Fax

4

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Christianne Ricchi | Hyatt Corporation and Hyatt Equities LLC |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington DC (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Thomas J. Ward, Ward & Ward  2020 N Street, NW, Washington DC 20036  (202) 331-8160; (202) 331-9069 Fax  Tom@wardlawdc.com | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊙ |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Cou* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Ju

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC Section 1332 Negligence and Personal Injury

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 500,000.00 +    JURY DEMAND: YES ☒ NO ☐    Check YES only if demanded in cor

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 8/29/08    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tip for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Sect II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents th primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.